PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ADAM LAZAR, CSBN 237485
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5601
    Facsimile: (415) 744-0134
    E-Mail: adam.lazar@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FEESE,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:17-cv-00054-GSA<br><br>**JOINT STUPULATION AND ORDER FOR EXTENSION OF TIME** |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Opposition to Plaintiff's Motion for Summary Judgment, originally due on September 27, 2017, by 35 days, through and including Wednesday, November 1, 2017. This is the Commissioner's first request for an extension of time in this matter.

An extension of time is needed in order to prepare Defendant's opposition because counsel will be on his honeymoon for the last three weeks of September and the beginning of October, and faces a heavy caseload when he returns. This request is made in good faith with no intention to unduly delay the proceedings. Counsel's office conferred with Plaintiff's counsel, who had no objection to this request, on September 8, 2017.

Stipulation for Extension of Time; 1:17-cv-00054-GSA   1

Respectfully submitted,

Dated: September 8, 2017

PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ *Adam Lazar*
ADAM LAZAR
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated: September 8, 2017    By:  /s/ *Jeffrey Duarte**
JEFFREY DUARTE
(*by email authorization)

Attorney for Plaintiff

## **ORDER**

Pursuant to the parties' stipulation (Doc. 14), Defendant's Opposition shall be filed no later than **November 1, 2017**. Any Reply shall be filed no later than fifteen (15) days after the filing of the Opposition.

IT IS SO ORDERED.

Dated:  **September 11, 2017**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE